692 A.2d 1097

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Jose Antonio MARRERO, Petitioner.**

Supreme Court of Pennsylvania.

April 28, 1997.

## ORDER

PER CURIAM.

AND NOW, this 28th day of April, 1997, upon consideration of petitioner's emergency motion for a stay of execution pending the filing and resolution of a petition for a writ of certiorari, IT IS HEREBY ORDERED that petitioner's application is GRANTED and his execution will be stayed pending action by the United States Supreme Court on his petition for

710

writ of certiorari from this Court's ruling in *Commonwealth v. Marrero*, 546 Pa. 596, 687 A.2d 1102 (1996).